JUDGE FURMAN

14 CV 6394

Brian W. Brokate (BB 5830)
Walter-Michael Lee (WL 6353)
Maja Szumarska (MS 0208)
Gibney, Anthony & Flaherty, LLP
665 Fifth Avenue
New York, New York 10022
Telephone: (212) 688-5151
Facsimile: (212) 688-8315
Attorney for Plaintiffs



RECEIVED
AUG 1 2 2014
U.S.D.C. S.D. N.Y.
CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID YURMAN ENTERPRISES LLC and
DAVID YURMAN IP LLC,

          Plaintiffs,

    v.

ROBERT JAE KIM and DASHINGDAISY,
LLC d/b/a "DASHINGDAISY.COM" and
"JOHN DOES" 1-10,

          Defendants.

CASE NO.

**COMPLAINT**

Plaintiffs David Yurman Enterprises LLC and David Yurman IP LLC (hereinafter collectively referred to as "David Yurman"), through its attorneys, complaining of defendants Robert Jae Kim ("Kim") and DashingDaisy, LLC d/b/a "DashingDaisy.com" ("DashingDaisy") and "John Does" 1-10 (hereinafter collectively referred to as "Defendants") hereby allege as follows:

**STATEMENT OF THE CASE**

1.    This is a suit by David Yurman against Defendants for injunctive relief, statutory damages or actual damages and profits, and attorneys' fees and costs for federal copyright infringement, 17 U.S.C. §§ 101, *et seq*; Trade Dress Infringement, 15. U.S.C. § 1125(a); and Unfair Competition, 15. U.S.C. § 1125(a). Defendants are being sued as a result of their

creation, promotion, distribution, offer for sale and sale of merchandise which infringes upon David Yurman's unique designs.

## JURISDICTION AND VENUE

2.      This Court has jurisdiction over the federal Copyright Act and Lanham Act claims asserted in this action under 15 U.S.C. § 1121, 15 U.S.C. §§ 1331 and 1338(a) and 17 U.S.C. § 501.

3.      Defendants are subject to the Court's jurisdiction because they have committed the acts complained of herein in this District and do business in this District.

4.      Venue in this District is proper pursuant to 28 U.S.C. §§ 1391(b) because a substantial part of the events giving rise to the claims occurred in this District.

## THE PARTIES

5.      David Yurman Enterprises LLC is a limited liability corporation duly organized and existing under the laws of the State of Delaware and having a principal place of business at 24 Vestry Street, New York, NY 10013. David Yurman Enterprises LLC is a successor in interest to Yurman Design, Inc.

6.      David Yurman IP LLC is a limited liability corporation duly organized and existing under the laws of the State of Delaware and having a principal place of business at 24 Vestry Street, New York, NY 10013. David Yurman IP LLC is a successor in interest to Yurman Studio, Inc.

7.      Upon information and belief, Kim is a resident of the State of Georgia residing at 881 Memorial Drive SE, Unit 103, Atlanta GA 30316-1271.

2

8.      Upon information and belief, defendant DashingDaisy is a limited liability company duly organized and existing under the laws of the State of Georgia and having a principal place of business at 881 Memorial Drive, Unit 103, Atlanta, Georgia 30316-1271. Kim is the managing member of DashingDaisy. Further, DashingDaisy and Kim are the owners, operators, and controlling forces behind the website www.dashingdaisy.com (the "DashingDaisy Website").

9.      The identities of "John Does" 1-10 are not currently known to David Yurman, but, upon information and belief, they are associated with Defendants and materially contribute to its infringement of David Yurman's rights. David Yurman will identify these John Does upon further knowledge and investigation and will amend its pleadings accordingly.

## FACTUAL ALLEGATIONS

**A.      Background of David Yurman's Business and Intellectual Property**

10.      David Yurman Enterprises LLC is the well-known designer, manufacturer and distributor of distinctive luxury merchandise, including but not limited to jewelry, timepieces and eyewear ("David Yurman Merchandise"), and has carried on its business for decades.

11.      David Yurman Merchandise is sold throughout the world. Its merchandise is widely disseminated so that David Yurman's designs have become instantly recognizable to the public as identifying David Yurman Merchandise.

12.      David Yurman Enterprises LLC and David Yurman IP LLC, through transfer, assignment, and corporate merger own valid and current copyright registrations with the United States Copyright Office for the widely recognizable and unique designs used on David Yurman Merchandise. These copyrighted designs are used in connection with the promotion, advertisement, offer for sale and sale of David Yurman Merchandise.

3

13.    David Yurman Enterprises LLC, through a merger, is the owner of U.S. Copyright Registration No. VAu 405-161, which protects the jewelry design of the "David Yurman 1993 Collection" (hereinafter collectively referred to as the "Cable Collection"), sample images of which may be seen below:







A true and correct copy of this copyright registration without the deposit material is attached hereto as **Exhibit 1**.

14.    Merchandise from the Cable Collection has been widely distributed since at least 1989.

15.    David Yurman's jewelry, timepiece and eyewear designs are among the most celebrated and desired products throughout the United States and worldwide.  This is especially true for the Cable Collection, David Yurman's most famous design.  Consumers expect and believe the source of this iconic design is David Yurman.

16.    The Cable Collection design has become so highly acclaimed and widely known that it consistently attracts unsolicited international media coverage. Editorial pieces identifying the Cable Collection as David Yurman's signature product have appeared in national publications such as *Elle, Glamour, InStyle, W, Vogue, Harper's Bazaar, Travel & Leisure, WWD, and Marie Claire*. The Cable Collection is frequently photographed on celebrities at events and in photo shoots.  Additionally, the Cable Collection is routinely and extensively advertised in national magazines and newspapers such as *Vanity Fair, Vogue, W, GQ, Details, Town & Country, Elle, Harper's Bazaar, InStyle* and *The New York Times* as well as catalogs for

5

its authorized retailers, including major department store chains such as Nordstrom, Bloomingdales, Neiman Marcus, and Saks Fifth Avenue.

17.     David Yurman IP LLC, through a merger, is also the owner of U.S. Copyright Registration No. VA 1-116-155, which protects the jewelry design of the "Albion Collection" (hereinafter collectively referred to as the "Albion Collection"), sample images of which may be seen below:



A true and correct copy of this copyright registration without the deposit material is attached hereto as **Exhibit 2**.

18.     Merchandise from the Albion Collection has been widely distributed since 2001.

19.     David Yurman IP LLC, through a merger, is also the owner of U.S. Copyright Registration No. VA 1-337-039 which protects the jewelry design of the "Mosaic Collection 2005" (hereinafter collectively referred to as the "Mosaic Collection"), a sample image of which may be seen below:



A true and correct copy of this copyright registration without the deposit material is attached hereto as **Exhibit 3**.

20.     Merchandise from the Mosaic Collection has been widely distributed since 2005.

21.     David Yurman Enterprises LLC, through a merger, is also the owner of U.S. Copyright Registration No. VA 1-024-276 which protects the jewelry design of the "Pave Collection Enhancer D06384" (hereinafter collectively referred to as the "Pave Collection"), a sample image of which may be seen below:



A true and correct copy of this copyright registration without the deposit material is attached hereto as **Exhibit 4**.

22.     Merchandise from the Pave Collection has been widely distributed since 1997.

23.     David Yurman IP LLC, through a merger, is also the owner of U.S. Copyright Registration No. VA 1-384-012 which protects the jewelry design of the "Linked Renaissance Collection 2005" (hereinafter collectively referred to as the "Renaissance Collection"), a sample image of which may be seen below:



A true and correct copy of this copyright registration without the deposit material is attached hereto as **Exhibit 5**.

24.     Merchandise from the Renaissance Collection has been widely distributed since 2005.

25.     David Yurman Enterprises LLC, through a merger, is also the owner of U.S. Copyright Registration No. VA 1-024-284 which protects the jewelry design of the "X Collection Earrings E04774" (hereinafter collectively referred to as the "X Collection"), a sample image of which may be seen below:



A true and correct copy of this copyright registration without the deposit material is attached hereto as **Exhibit 6**.

26.     Merchandise from the X Collection has been widely distributed since 1992.

27.     David Yurman IP LLC, through a merger, is also the owner of U.S. Copyright Registration No. VA 1-738-416 which protects the jewelry design of the "Infinity Collection Addition Necklaces & Bracelet" (hereinafter collectively referred to as the "Infinity Collection"), a sample image of which may be seen below:



A true and correct copy of this copyright registration without the deposit material is attached hereto as **Exhibit 7**.

28.     Merchandise from the Infinity Collection has been widely distributed since 2009.

29.     Each of the copyrighted designs distributed by David Yurman, including, but not limited to the Cable Collection, the Albion Collection, the Mosaic Collection, the Pave Collection, the Renaissance Collection, the X Collection and the Infinity Collection (collectively, the "David Yurman Collections") incorporate distinctive elements that collectively create a particular trade dress that is characteristic of David Yurman Merchandise ("David Yurman Trade Dress"), and individually create a particular trade dress that is characteristic of each design.

30.     David Yurman has invested considerable time, money, and effort advertising and promoting David Yurman Merchandise bearing the David Yurman Trade Dress and enjoyed enormous success distributing such products in the United States and around the world.

31.     By virtue of this widespread advertising and distribution, the David Yurman Trade Dress has become instantly recognizable as exclusively denoting David Yurman and its high quality merchandise. As such, the David Yurman Trade Dress has acquired secondary meaning.

32.     The David Yurman Trade Dress is inherently distinctive and not functional.

**B.      Defendants' Infringing Activities**

33.     Defendants have, and/or have caused to be, manufactured, imported, advertised, offered for sale, sold and/or distributed merchandise that unlawfully copies David Yurman's copyrighted works and trade dress (hereinafter "Infringing Merchandise"), including but not limited to merchandise that copies and/or is derived from the copyrighted designs of the David Yurman Collections and which bears the David Yurman Trade Dress.

34.     Upon information and belief, such activities are being done willfully, with the knowledge that the Infringing Merchandise is being copied from, and/or based upon, David Yurman's copyrighted designs, including but not limited to the David Yurman Collections, bears the David Yurman Trade Dress.

35.     In or about March 2013, David Yurman discovered that Defendants were offering, promoting, distributing, offering for sale and selling Infringing Merchandise through the DashingDaisy Website.

36.     As a result, on March 5, 2013, David Yurman sent Defendants a cease and desist letter demanding they stop selling Infringing Merchandise and warning Defendants of the consequences of their unauthorized activities.

37.     In this letter, David Yurman provided Defendants with information about its copyright registrations and provided a non-exclusive list of Infringing Merchandise being offered for sale by Defendants.

38.     David Yurman did not receive a response to this communication. Despite this letter, Defendants' unauthorized activities concerning David Yurman's copyrighted works and trade dress continued.

39.     On or about April 9, 2013, upon receiving no response to its prior communication, David Yurman sent Defendants a second cease and desist letter demanding its immediate compliance.

40.     On or about April 18, 2013, David Yurman received a response from Defendants' counsel. Defendants agreed to remove the Infringing Merchandise from the DashingDaisy Website.

41.     David Yurman continued to closely monitor the DashingDaisy Website.

42.     On or about June 6, 2013, David Yurman attempted to access the DashingDaisy Website and learned that it had been taken down for maintenance.

43.     In or about July 2013, Defendants reactivated the DashingDaisy Website.

44.     On July 18, 2013, David Yurman sent DashingDaisy an additional letter acknowledging the reactivation of the DashingDaisy Website and demanding that DashingDaisy refrain from selling Infringing Merchandise in the future.

45.     Despite the three (3) letters and even engaging counsel, Defendants' unauthorized activities concerning David Yurman's copyrighted works and trade dress continued.

46.     In or about February 2014, David Yurman learned that Defendants were once again offering, promoting, distributing, offering for sale and selling Infringing Merchandise through the DashingDaisy Website.

47.     In one particular listing, DashingDaisy offered for sale a bracelet copied from, and/or based upon, the Cable Collection.  A true and correct copy of this posting is attached hereto as **Exhibit 8** and incorporated herein by reference.  The description provides, in pertinent part:

> Elegant Style! This **David Yurman inspired** thin cuff bracelet has twisting silver cable with faux black pearl beads end tips.  It comfortably adjusts to your wrist and looks refined and expensive! This bracelet is **designer inspired** and looks great with your other jewels!
>
> [Emphasis added.]

48.     Similarly, upon performing a search for "david yurman" on the DashingDaisy Website, David Yurman observed that over one hundred (100) listings appeared for merchandise that copies and/or is derived from the copyrighted designs of the David Yurman Collections and which bears the David Yurman Trade Dress.

49.     On or about June 17, 2014, David Yurman tried to access the DashingDaisy Website, however, Defendants deliberately blocked David Yurman's IP address from viewing the DashingDaisy Website.  It is clear that Defendants' infringement of the David Yurman copyrights and trade dress is willful.

50.     On or about June 18, 2014, David Yurman's agent placed an order for one (1) piece of Infringing Merchandise.  DashingDaisy issued an invoice for one (1) Silver Cable Pave CZ Crystals Pendant Necklace ("Infringing Necklace").

51.     On or about June 19, 2014, DashingDaisy shipped the Infringing Necklace to David Yurman's agent located in this District.

52.     On or about June 23, 2014, David Yurman's agent received the Infringing Necklace in this District.

53.     Representatives of David Yurman have reviewed the Infringing Necklace and determined that it is not authorized David Yurman Merchandise. The Infringing Necklace bears unauthorized reproductions of David Yurman's copyrighted works and trade dress.

54.     Despite being put on notice by three (3) separate cease and desist letters, and even retaining counsel, Defendants continue to offer for sale and sell jewelry which copies and/or is derived from David Yurman's copyrights and/or trade dress.  Defendants' conduct is clearly willful.

55.     Defendants are not related or affiliated with David Yurman in any way nor have they sought or received a license or authorization from David Yurman for any purpose, including the acts complained of herein.

56.     Defendants have published and placed into circulation of the general public advertisements that infringe David Yurman's intellectual property rights and caused other damages not relating to the infringement.

57.     Defendants' unlawful acts, as described herein, have caused and will continue to cause irreparable harm to David Yurman unless restrained by this Court.

## FIRST CAUSE OF ACTION
### (Federal Copyright Infringement, 17 U.S.C. § 501)

58.     David Yurman hereby repeats and incorporates all prior allegations as though set forth herein.

59.     David Yurman is the exclusive owner of several United States Copyright registrations, including but not limited to the registrations for the David Yurman Collections.

60.     Defendants, without authorization or consent, have, and/or have caused to be, manufactured, imported, advertised, offered for sale, sold and/or distributed Infringing Merchandise, including but not limited to merchandise that copies and/or is derived from the copyrighted designs of the David Yurman Collections.

61.     Given the widespread and longstanding dissemination of genuine David Yurman Merchandise, specifically pieces from the David Yurman Collections, Defendants had access to and/or the opportunity to observe David Yurman's copyrighted designs.

62.     The Infringing Merchandise is substantially similar to David Yurman's copyrighted designs, including but not limited to the David Yurman Collections.

63.     The Infringing Merchandise and certain pieces of genuine David Yurman Merchandise are so strikingly similar that any such similarity may only be explained by Defendants' copying of David Yurman's copyrighted designs.

64.     DashingDaisy specifically advertises and/or promotes the Infringing Merchandise as being "David Yurman inspired" jewelry.

65.     Upon information and belief, Defendants' conduct was and continues to be willfully undertaken.

14

66.     Defendants' infringement of David Yurman's copyrights, including but not limited to its copyrights in the David Yurman Collections, have caused David Yurman damage and enable Defendants to illegally profit therefrom.

67.     Defendants' conduct has caused, and will continue to cause, David Yurman irreparable harm and damage for which there is no adequate remedy at law.

**SECOND CAUSE OF ACTION**
**(Trade Dress Infringement, 15 U.S.C. § 1125(a))**

68.     David Yurman hereby repeats and incorporates all prior allegations as though set forth herein.

69.     The David Yurman Trade Dress is not functional and have become so highly distinctive that the public immediately and exclusively associates those designs with David Yurman.

70.     Defendants have adopted the David Yurman Trade Dress without authorization or consent and have been manufacturing, promoting, offering for sale, selling, distributing, and/or importing Infringing Merchandise which bears the David Yurman Trade Dress or designs that are confusingly similar thereto.

71.     Defendants' use of the David Yurman Trade Dress is likely to lead to and result in confusion, mistake, and/or deception, and is likely to cause the public to believe that David Yurman produced, sponsored, authorized, licensed, or is otherwise connected to or affiliated with Defendants' commercial and business activities, to the serious detriment of David Yurman.

72.     Upon information and belief, Defendants' conduct was and continues to be willfully undertaken.

15

73.     Defendants' conduct has caused, and will continue to cause, David Yurman irreparable harm and damage for which there is no adequate remedy at law.

74.     Defendants conduct has caused and, unless enjoined by this Court, will continue to cause David Yurman, irreparable harm and damage for which there is no adequate remedy at law.

### THIRD CAUSE OF ACTION
### (Unfair Competition, 15 U.S.C. § 1125(a))

75.     David Yurman hereby repeats and incorporates all prior allegations as though set forth herein.

76.     Defendants use of the David Yurman Trade Dress is likely to lead to and result in confusion, mistake, and/or deception, and is likely to cause the public to believe that David Yurman produced, sponsored, authorized, licensed, or is otherwise connected to or affiliated with Defendants' commercial and business activities, to the serious detriment of David Yurman.

77.     Upon information and belief, Defendants' conduct was and continues to be willfully undertaken.

78.     Defendants' conduct has caused, and will continue to cause, David Yurman irreparable harm and damage for which there is no adequate remedy at law.

### PRAYER FOR RELIEF

WHEREFORE, David Yurman prays for judgment as follows:

I.     That Defendants, their officers, principals, agents, servants, employees, successors and assigns and all those in active concern or participation with them, be permanently enjoined from:

a.     Infringing any and all of David Yurman's copyrights, including but not limited to their copyrights in the David Yurman Collections, by manufacturing, promoting, offering for sale, selling, distributing, importing or exporting any works with designs copied or derived from David Yurman's copyrighted designs;

b.     Infringing any and all of David Yurman's trade dress, including but not limited to the David Yurman Trade Dress, by manufacturing, promoting, offering for sale, selling, distributing, importing or exporting any works which bears the David Yurman Trade Dress or designs that are confusingly similar thereto;

c.     Committing any act which falsely represents, or which has the effect of falsely representing, that the goods and/or services of Defendants are licensed, authorized, offered, produced or sponsored by David Yurman or are in any way associated with David Yurman; and

d.     Assisting or authorizing any third party to engage in any of the actions prohibited above;

II.     That, pursuant to 17 U.S.C. § 503(b), at the conclusion of this action, ordering the destruction of all pieces of Infringing Merchandise found to have been made or used in violation of David Yurman's exclusive rights, and of all plates, molds, matrices or other articles by means of which such copies could be reproduced;

III.     That, pursuant to 15 U.S.C. § 1118, at the conclusion of this action, ordering the destruction of all pieces of Infringing Merchandise found to have been made or used in violation of the David Yurman Trade Dress, and of all plates, molds, matrices or other articles by means of which such copies could be reproduced;

17

IV.     Granting David Yurman all actual damages suffered as a result of Defendants' infringement and Defendants' profits, or, if David Yurman so elects, pursuant to 17 U.S.C. § 504(c), statutory damages for Defendants' willfull infringement in a sum of not more than $150,000 per work;

V.      Granting David Yurman all actual damages suffered as a result of Defendants' trade dress infringement and Defendants' profits obtained as a result of their trade dress infringement;

VI.     Granting David Yurman all actual damages suffered as a result of Defendants' unfair competition and Defendants' profits obtained as a result of their unfair competition;

VII.    Granting David Yurman recovery of full costs, including reasonable attorneys' fees, pursuant to 17 U.S.C. § 505;

VIII.   Due to the advertising injury caused to David Yurman, Defendants be required to deliver to David Yurman for destruction, all goods that were being advertised, promoted or offered for sale, as well as any and all catalogs, circulars, or other printed material in their possession or control displaying or promoting the infringing goods that were or are being advertised, promoted, or offered for sale; and

IX.     Granting David Yurman any further relief as the Court may deem just and proper.

**GIBNEY, ANTHONY & FLAHERTY LLP**

Dated: August 12, 2014                    By: _____

Walter-Michael Lee (WL 6353)
Gibney, Anthony & Flaherty, LLP
665 Fifth Avenue
New York, New York 10022
Telephone: (212) 688-5151
Facsimile: (212) 688-8315
Attorney for Plaintiffs

EXHIBIT 1

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VAu 405—161



EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|-------|-----|------|
| 1 | 23 | 98 |

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK ▼**

David Yurman 1993 Collection

**NATURE OF THIS WORK** See Instructions

jewelry catalog

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

---

**2**

**NAME OF AUTHOR ▼**

a Yurman Designs, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in▶ New York, USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the...

**NATURE OF AUTHORSHIP** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☒ Jewelry design    ☐ Architectural work
☐ Design on sheetlike material

**NAME OF AUTHOR ▼**
b

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☒ Jewelry design    ☐ Architectural work
☐ Design on sheetlike material

---

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1993   ◄ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶   Day ▶   Year ▶

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Yurman Designs, Inc.
501 Madison Avenue
New York, NY   10022

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
JAN 23 1998

**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
JAN 23 1998

**FUNDS RECEIVED**

DO NOT WRITE HERE
OFFICE USE ONLY

DO NOT WRITE

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

YDI/ALISA00037

*Corrected by C.O. by authority of telephone conversation
with Xuan-Thao Nguyen, authorized agent of Yurman Designs, Inc.*

| | |
|---|---|
| EXAMINED BY | FORM |
| CHECKED BY | |
| ☐ CORRESPONDENCE  Yes | COPYRIG OFFICE USE ONLY |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.
_____

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☒ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

> portions of the material included in this publication were previously
> registered under VA-254-365; VA-222-052; VA-187-088; and VA-232-527

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

* none.  Additional Jewelry Designs

**6**

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                              Account Number ▼

n/a

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

Maxim H. Waldbaum, Esq.
Fried, Frank, Harris, Shriver & Jacobson
1 New York Plaza
New York, New York 10004

Area Code and Telephone Number ▶

Be sure to give your daytime phone number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▼

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Yurman Designs, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Maxim H. Waldbaum, Esq.                    Date ▶ January 15, 1998

Handwritten signature (X) ▼

**8**

| | |
|---|---|
| Certificate will be mailed in window envelope | Name ▼  Maxim H. Waldbaum, Esq.  Fried, Frank, Harris, Shriver & Jacobson  Number/Street/Apt ▼  1 New York Plaza  City/State/Zip ▼  New York, New York 10004 | YOU MUST:  • Complete all necessary spaces  • Sign your application in space 8  SEND ALL 3 ELEMENTS  IN THE SAME PACKAGE:  1. Application form  2. Nonrefundable $20 filing fee  in check or money order  payable to Register of Copyrights  3. Deposit material  MAIL TO:  Register of Copyrights  Library of Congress  Washington, D.C. 20559-6000 |

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

1995—300,000                                                   ☆U.S. GOVERNMENT PRINTING OFFICE

YDI/ALISA000374

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

**VAu 757 – 597**

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |
|----|-----|----|-----|----|-----|----|-----|----|

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

MAY 3 2012
Month   Day   Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**Title of Work ▼**
DAVID YURMAN 1993 COLLECTION

**Registration Number of the Basic Registration ▼**
VAu 405-161

**Year of Basic Registration ▼**
1998

**Name(s) of Author(s) ▼**
YURMAN DESIGNS, INC.

**Name(s) of Copyright Claimant(s) ▼**
YURMAN DESIGNS, INC.

**Location and Nature of Incorrect Information in Basic Registration ▼**
Line Number *2, 4 and 8   Line Heading or Description  *author, copyright claimant, certification

**Incorrect Information as It Appears in Basic Registration ▼**
YURMAN DESIGNS, INC.

**Corrected Information ▼**
YURMAN DESIGN, INC.

**Explanation of Correction ▼**
MISSPELLING OF THE CORPORATE NAME

**Location and Nature of Information in Basic Registration to be Amplified ▼**
Line Number _____   Line Heading or Description _____

**Amplified Information and Explanation of Information ▼**

MORE ON BACK ▶  • Complete all applicable spaces (D-G) on the reverse side of this page.
• See detailed instructions. • Sign the form at Space F.

DO NOT WRITE HERE
Page 1 of 2 pages

*Amended by C.O. from telephone call to
Dana DiPaola (authorized agent of
Yurman Design, Inc.) on 10/5/2012.

FORM CA RECEIVED

FORM CA

MAY 0 3 2012

FUNDS RECEIVED DATE

MAY 3 2012

EXAMINED BY

CORRESPONDENCE ☐

FOR
COPYRIGHT
OFFICE
USE
ONLY

REFERENCE TO THIS REGISTRATION ADDED TO
BASIC REGISTRATION ☒ YES ☐ NO

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Continuation of: ☐ Part B or ☐ Part C

Correspondence: Give name and address to which correspondence about this application should be sent.

SUSAN SPAGNA, ESQ.
24 VESTRY STREET
NEW YORK, NY 10013

Phone ( 212) 896-1550          Fax ( 212) 223-0196          Email sspagna@davidyurman.com

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name

Account Number

Certification* I, the undersigned, hereby certify that I am the: (Check only one)
☐ author                    ☐ owner of exclusive right(s)
☐ other copyright claimant  ☒ duly authorized agent of   YURMAN DESIGN, INC.
                                                          Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼  SUSAN SPAGNA, ESQ.                    Date ▼ MAY 1, 2012

Handwritten signature (X) ▼  [signature]

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
SUSAN SPAGNA, ESQ.

Number/Street/Apt ▼
24 VESTRY STREET

City/State/ZIP ▼
NEW YORK, NY 10013

YOU MUST:
• Complete all necessary spaces
• Sign your application in Space F
SEND ALL ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or
   money order payable to Register of
   Copyrights
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA–Full   Rev. 07/2008   Print: 07/2008—·,000   Printed on recycled paper

U.S. Government Printing Office: 2005-···-···/··,···

# EXHIBIT 2



UNIT ........... ... al Arts

UNIT
REG                                    VA 1-116-155

This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work identi-
fied below.The information on this certificate has been
made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS

( VA )  VAU
EFFECTIVE DATE OF REGISTRATION

AUG 28 2001
Month        Day        Year

OFFICIAL SEAL

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

**TITLE OF THIS WORK ▼**

"ALBION" COLLECTION

**NATURE OF THIS WORK ▼** See Instructions

JEWELRY DESIGN

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼          Number ▼          Issue Date ▼          On Pages ▼

## 2

**NOTE**

Under the law,
the "author" of
a "work made
for hire" is
generally the
employer, not
the employee.
For any
part of
this work
that was
"made for hire"
check "Yes" in
the space
provided, give
the employer
(or other
person for
whom the work
was prepared)
as "Author" of
that part, and
leave the
space for dates
of birth and
death blank.

**a**   **NAME OF AUTHOR ▼**

DAVID YURMAN

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼
1942

Was this contribution to the work a
"work made for hire"?
☐ Yes
☒ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶ UNITED STATES
     { Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?      ☐ Yes ☒ No    If the answer to either
Pseudonymous?   ☐ Yes ☒ No    of these questions is
                              "Yes," see detailed
                              Instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es).  **See Instructions**
☐ 3-Dimensional sculpture       ☐ Map            ☐ Technical drawing
☐ 2-Dimensional artwork         ☐ Photograph     ☐ Text
☐ Reproduction of work of art   ☒ Jewelry design ☐ Architectural work

**b**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a
"work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶
     { Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?      ☐ Yes ☐ No    If the answer to either
Pseudonymous?   ☐ Yes ☐ No    of these questions is
                              "Yes," see detailed
                              Instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es).  **See Instructions**
☐ 3-Dimensional sculpture       ☐ Map            ☐ Technical drawing
☐ 2-Dimensional artwork         ☐ Photograph     ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design ☐ Architectural work

## 3

**Year in Which Creation of This Work Was
Completed**
2001 ◀ Year   This information
              must be given
              **Year** in all cases.

**Date and Nation of First Publication of This Particular Work**
Complete this information   Month ▶ MARCH   Day ▶ 23   Year ▶ 2001   ◀ Nation
ONLY if this work
has been published.

## 4

See Instructions
before completing
this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the
author given in space 2. ▼

YURMAN STUDIOS, INC.
501 MADISON AVENUE
NEW YORK, NY  10022

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a
brief statement of how the claimant(s) obtained ownership of the copyright. ▼

ASSIGNMENT

APPLICATION RECEIVED
AUG 28 2001
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
AUG 28 2001
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
                     • See detailed instructions.          • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ⟶ 2 pages

| EXAMINED BY | | FORM VA |
| CHECKED BY | | |
| CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼                Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

a

See instructions before completing this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                                    Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

JOSEPH RAMIREZ C/O YURMAN DESIGN INC.
501 MADISON AVENUE
NEW YORK, NY 10022

b

Area code and daytime telephone number ▶ ( 212 ) 896-1550              Fax number ▶ ( 212 ) 644-3816

Email ▶ jramirez@davidyurman.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  YURMAN STUDIOS INC.
        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

JOSEPH RAMIREZ                                        Date ▶ AUGUST·22, 2001

Handwritten signature (X) ▼

X _____

| Certificate will be mailed in window envelope to this address: | Name ▼ JOSEPH RAMIREZ C/O YURMAN DESIGN INC. |
| | Number/Street/Apt ▼ 501 MADISON AVENUE |
| | City/State/ZIP ▼ NEW YORK, NY  10022 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

As of July 1, 1999, the filing fee for Form VA is $30.

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—100,000
WEB REV: June 1999

♻ PRINTED ON RECYCLED PAPER

☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/71

# EXHIBIT 3

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

**VA 1-337-039**

EFFECTIVE DATE OF REGISTRATION

| 10 | 28 | 05 |
|---|---|---|
| Month | Day | Year |

RATE CONTINUATION SHEET.

---

**1**

Title of This Work ▼

MOSAIC COLLECTION 2005

NATURE OF THIS WORK ▼ See instructions

JEWELRY DESIGN

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared Title of Collective Work ▼

If published in a periodical or serial give   Volume ▼      Number ▼      Issue Date ▼      On Pages ▼

---

**2**

**a**  NAME OF AUTHOR ▼

DAVID YURMAN

DATES OF BIRTH AND DEATH
Year Born ▼  1942   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of   U.S.A.
      Domiciled in

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

Nature of Authorship Check appropriate box(es) See Instructions
☐ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☑ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions) For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank

**b**  Name of Author ▼

Dates of Birth and Death
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of
      Domiciled in

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

Nature of Authorship Check appropriate box(es) See Instructions
☐ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

---

**3**

**a**  Year in Which Creation of This Work Was Completed  2004
This information must be given
Year in all cases.

**b**  Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month MARCH   Day 1   Year 2005
U.S.A.   Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

YURMAN STUDIOS INC.
24 VESTRY STREET
NEW YORK NY 10013

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

ASSIGNMENT: from DAVID YURMAN

See instructions before completing this space.

APPLICATION RECEIVED
OCT 2 8 2005
ONE DEPOSIT RECEIVED
OCT 2 8 2005
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions      • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY | | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☑ CORRESPONDENCE   Yes | | FOR COPYRIGHT OFFICE USE ONLY |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼       Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**6**

a   See instructions before completing this space

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name ▼                                Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼

SUSAN SPAGNA, ESQ.
YURMAN STUDIOS INC.
24 VESTRY STREET: NEW YORK. NY 10013

Area code and daytime telephone number  ( 212 ) 896-1550            Fax number   ( 212 ) 223-0196

Email

b

**CERTIFICATION** I, the undersigned, hereby certify that I am the

check only one ▶

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☑ authorized agent of  YURMAN STUDIOS INC.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date

Susan Spagna                                             Date 10/24/05

Handwritten signature (X) ▼

X _Susan Spagna_

**8**

| Certificate will be mailed in window envelope to this address: | Name ▼   Susan Spagna, Esq. |
|---|---|
| | Number/Street/Apt ▼   24 Vestry Street |
| | City/State/ZIP ▼   New York, NY 10013 |

**• YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write to the Copyright Office, or call (202) 707-3000

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S E
Washington, D C  20559-6000

**9**

*17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev August 2003—30,000  Web Rev June 2002   ⊕ Printed on recycled paper                         U.S. Government Printing Office  2003-496-605/60,029

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

**VA 1-378-610**



| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

*May 4 2006*
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## A

Title of Work ▼  **MOSAIC COLLECTION 2005**

| Registration Number of the Basic Registration ▼ | Year of Basic Registration ▼ |
|---|---|
| VA 1-337-039 | 2005 |

| Name(s) of Author(s) ▼ | Name(s) of Copyright Claimant(s) ▼ |
|---|---|
| DAVID YURMAN | YURMAN STUDIOS INC. |

## B

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number **4,7b,8**          Line Heading or Description **copyright claimant, correspondence, certification**

Incorrect Information as It Appears in Basic Registration ▼

YURMAN STUDIOS INC.

Corrected Information ▼

YURMAN STUDIO, INC.

Explanation of Correction ▼

MISSPELLING OF THE CORPORATE NAME

## C

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____          Line Heading or Description _____

Amplified Information and Explanation of Information ▼

---

**MORE ON BACK ▶**    • Complete all applicable spaces (D-G) on the reverse side of this page.    • See detailed instructions.    • Sign the form at Space F.

**DO NOT WRITE HERE**
Page 1 of 2 pages

# EXHIBIT 4

SEP-07-2000  18:27        YURMAN DESIGN                    212 593 1597   P.06/18

CERTIFICATE OF REGIS..RATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS

OFFICIAL SEAL                         United States of America

FORM VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-024-276

EFFECTIVE DATE OF REGISTRATION

Aug   21   2000
Month   Day   Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼
Pave Collection Enhancer D06384

NATURE OF THIS WORK ▼ See instructions
Jewelry Design

PREVIOUS OR ALTERNATIVE TITLES ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2**
**a**

NAME OF AUTHOR ▼
David Yurman

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼
1942

NOTE

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶ U.S.A.
Domiciled in ▶ New York

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture      ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph       ☐ Text
☐ Reproduction of work of art  ☑ Jewelry design   ☐ Architectural work

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶
Domiciled in ▶

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture      ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph       ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design   ☐ Architectural work

**3**
**a**

Year in Which Creation of This Work Was Completed
1997 ◀ Year In all cases.
This information must be given

**b** Date and Nation of First Publication of This Particular Work
Complete this information   Month ▶ March      Day ▶ 13      Year ▶ 1997
ONLY if this work
has been published.

◀ Nation

**4**

See instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Yurman Design Inc.
50, Madison Avenue
New York, NY 10022

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Assignment from David Yurman

APPLICATION RECEIVED
AUG 21 2000
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
AUG 21 2000
FUNDS RECEIVED

DO NOT WRITE HERE

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

Page 1 of ___ page

YDI/ALISA000071

| EXAMINED BY  DW | FORM VA |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE<br>☐ Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼     Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

            a   See instructions<br>before completing<br>this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

     b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼       Account Number ▼

**7**

     a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

     b

Joseph Ramirez/Yurman Design Inc.
501 Madison Avenue
New York, NY  10022

Area code and daytime telephone number ▶ ( 212 ) 896-1550      Fax number ▶ ( 212 ) 593-1597

Email ▶ jramirez@davidyurman.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Yurman Design Inc.
     Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Joseph Ramirez          Date ▶ July 28, 2000

Handwritten signature (X) ▼
☞ X _Jramirez_

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address. | Name ▼<br>Yurman Design Inc. / Joseph Ramirez |
|---|---|
| | Number/Street ▼<br>501 Madison Avenue |
| | City/State/ZIP ▼<br>New York, NY  10022 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable fee; in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999,
the filing fee for
Form VA is $30.

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—100,000
WEB REV: June 1999      ✪ PRINTED ON RECYCLED PAPER      ☆U.S. GOVERNMENT PRINTING OFFICE: 1996-45--179/71

YDI/ALISA000074

# EXHIBIT 5

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-384-012**

**OCT 28 2005**
Month    Day    Year

---

RATE CONTINUATION SHEET.

**1**

**Title of This Work ▼**

LINKED RENAISSANCE COLLECTION 2005

**NATURE OF THIS WORK ▼** See Instructions

JEWELRY DESIGN

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give:  Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

---

**2**

**NAME OF AUTHOR ▼**

a  DAVID YURMAN

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼
1942

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**Author's Nationality or Domicile**
Name of Country
OR  Citizen of ___U.S.A.___
Domiciled in ___

**Was This Author's Contribution to the Work**
Anonymous?      ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture      ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph       ☐ Text
☐ Reproduction of work of art  ☑ Jewelry design   ☐ Architectural work

**Name of Author ▼**

b

**Dates of Birth and Death**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR  Citizen of ___
Domiciled in ___

**Was This Author's Contribution to the Work**
Anonymous?      ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture      ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph       ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design   ☐ Architectural work

---

**3**

a  **Year in Which Creation of This Work Was Completed**  2005 ◄ Year
This information must be given in all cases.

b  **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month MARCH  Day 31  Year 2005
U.S.A.                        Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

YURMAN STUDIOS INC.
24 VESTRY STREET
NEW YORK, NY 10013

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

ASSIGNMENT: from DAVID YURMAN

**APPLICATION RECEIVED**
OCT 2 8 2005

**ONE DEPOSIT RECEIVED**
OCT 2 8 2005

**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of __2__ pages

EXAMINED BY VG

CHECKED BY

☒ CORRESPONDENCE Yes

FORM VA

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼      Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**
a
b
See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼      Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
SUSAN SPAGNA, ESQ.
YURMAN STUDIOS INC.
24 VESTRY STREET: NEW YORK. NY 10013
Area code and daytime telephone number ( 212 ) 896-1550      Fax number ( 212 ) 223-0196
Email

**7**
a
b

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶ ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of YURMAN STUDIOS INC.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Susan Spagna      Date 10/24/05

Handwritten signature (X) ▼
X Susan Spagna

**8**

Certificate will be mailed in window envelope to this address:
Name ▼ Susan Spagna, Esq.
Number/Street/Apt ▼ 24 Vestry Street
City/State/ZIP ▼ New York, NY 10013

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. August 2003—30,000  Web Rev: June 2002  ☺ Printed on recycled paper      U.S. Government Printing Office: 2003-496-605/60,029

# EXHIBIT 6

SEP-07-2000  18:30        YURMAN DESIGN                    212 593 1597    P.14/18

# CERTIFICATE OF REGISTRATION



**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS

**VA 1-024-284**

EFFECTIVE DATE OF REGISTRATION

Aug  21  2000
Month    Day    Year

OFFICIAL SEAL

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼

X Collection Earrings E04774

NATURE OF THIS WORK ▼ See instructions

Jewelry Design

PREVIOUS OR ALTERNATIVE TITLES ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2a** NAME OF AUTHOR ▼
David Yurman

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼
1942

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶ U.S.A.
Domiciled in ▶ New York }

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☑ No
Pseudonymous? ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP  Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map                ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph         ☐ Text
☐ Reproduction of work of art ☑ Jewelry design    ☐ Architectural work

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶
Domiciled in ▶ }

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map                ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph         ☐ Text
☐ Reproduction of work of art ☐ Jewelry design    ☐ Architectural work

**3a** Year In Which Creation of This Work Was Completed
1992 ◀ Year in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information Month ▶ May    Day ▶ 22    Year ▶ 1993
ONLY if this work has been published.

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Yurman Design, Inc.
501 Madison Avenue
New York, NY 10022

See instructions before completing this space.

APPLICATION RECEIVED
AUG 21 2000
ONE DEPOSIT RECEIVED
AUG 21 2000
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Assignment from David Yurman

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.    DO NOT WRITE HERE
• See detailed instructions.    • Sign the form at line 8.    Page 1 of      pages

YDI/ALISA000095

| EXAMINED BY   DW | | FORM VA |
|---|---|---|
| CHECKED BY | | |
| | CORRESPONDENCE ☐ Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

a

b

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼          Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼
Joseph Ramirez/ Yurman Design Inc.
501 Madison Avenue
New York, NY 10022

a

b

Area code and daytime telephone number ► ( 212 ) 896-1550          Fax number ► ( 212 ) 593-1597

Email ► jramirez@davidyurman.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ►
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Yurman Design Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Joseph Ramirez          Date► July 28, 2000

Handwritten signature (X) ▼
X _Ramirez_

| Certificate will be mailed in window envelope to this address: | Name ▼ Yurman Design Inc./ Joseph Ramirez | **YOU MUST** • Complete all necessary spaces • Sign your application in space 8 |
|---|---|---|
| | Number/Street/Apt ▼ 501 Madison Avenue | **SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:** 1. Application form 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights 3. Deposit material |
| | City/State/ZIP ▼ New York, NY 10022 | **MAIL TO:** Library of Congress Copyright Office 101 Independence Avenue, S.E. Washington, D.C. 20559-6000 |

**9**

As of July 1, 1999, the filing fee for Form VA is $30.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—100,000
WEB REV: June 1999          ⚛ PRINTED ON RECYCLED PAPER          ✪U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/71

YDI/ALISA000096

# EXHIBIT 7

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-738-416

**Effective date of
registration:**

June 23, 2010

---

## Title

**Title of Work:** Infinity Collection Addition Necklaces & Bracelet

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** September 16, 2009     **Nation of 1st Publication:** United States

## Author

■     **Author:** David Yurman

**Author Created:** jewelry design

**Work made for hire:** No

**Citizen of:** United States     **Domiciled in:** United States

**Year Born:** 1942

## Copyright claimant

**Copyright Claimant:** Yurman Studio, Inc.

24 Vestry Street, New York, NY, 10013, United States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** jewelry design

**New material included in claim:** jewelry design

## Certification

**Name:** Susan Spagna, Esq.

**Date:** June 23, 2010

---

**Correspondence:** Yes

# EXHIBIT 8



Silver 1 Corinthians 13:4-8 Wrap Bracelet
$26.99

_____

8.

Designer Inspired Black Pearl Cable Bracelet
$14.99

Home > What's Hot!



« Prev          Next »







✉ Email to a friend

# Designer Inspired Black Pearl Cable Bracelet

Classic designer inspired thin silver cable black pearl beads cuff bracelet

Item Id: B00692

Availability: In Stock

Price:

$14.99

Quantity  1    Add to Cart

FREE SHIPPING

WISH LIST

Share |

Like   Share  { 0 }

## Description

Elegant Style! This David Yurman inspired thin cuff bracelet has twisting silver cable with faux black pearl beads end tips. It comfortably adjusts to your wrist and looks refined and expensive!  This bracelet is designer inspired and looks great with your other jewels!

Thin Silver Rhodium Plated Cable Texture Metal / Faux Black Pearl Beads Tips

MEASURES:  2" Wide  x  2 1/4" Long
SILVER CABLE:  4mm Diameter
END TIPS:  8mm Diameter
FITS STANDARD  7" - 7 1/2"" WRIST

## You May Also Like



Designer Inspired Sterling Silver Byzantine Balinese
Price: $149.99
Add To Cart



Breast Cancer Awareness HOPE STRENGTH FAITH
Price: $8.99
Add To Cart



Nutmeg Brown & Aqua Gray Polka Dots Lightweight
Price: $12.99
Add To Cart

2/12/2014 1:21 PM