AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| DAVID YURMAN ENTERPRISES LLC and DAVID YURMAN IP LLC,<br>*Plaintiff*<br>v.<br>ROBERT JAE KIM, et al.<br>*Defendant* | )<br>)<br>)<br>) Civil Action No. 14 CV 6394<br>)<br>)<br>)<br>JUDGE FURMAN |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Robert Jae Kim
881 Memorial Drive SE, Unit 103
Atlanta, GA 30316-1271

DashingDaisy, LLC
881 Memorial Drive SE, Unit 103
Atlanta, GA 30316-1271

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   GIBNEY, ANTHONY, & FLAHERTY, LLP
665 Fifth Avenue
New York, New York 10022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK

*CLERK OF COURT*

Date: AUG 1 2 2014

Catherine Lapsley

*Signature of Clerk or Deputy Clerk*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DAVID YURMAN ENTERPRISES LLC, et al.,

       Plaintiffs,                                            Civil Action No. 14 CV 6394

       -against-                                            AFFIDAVIT OF SERVICE

ROBERT JAE KIM, et al.,

       Defendants.
------------------------------------------------------------X
STATE OF GEORGIA            )
        S.S.:
COUNTY OF FULTON          )

      **KELVIN STINYARD**, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, DLS, INC., and is not a party to this action.

      That on the 8th day of September, 2014, at approximately 6:03 pm, deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, FED. R. CIV. PRO. 7.1 DISCLOSURE STATEMENT, COMPLAINT, INDIVIDUAL RULES AND PRACTICES IN CIVIL CASES OF UNITED STATES DISTRICT JUDGE JESSE M. FURMAN, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE MICHAEL H. DOLINGER, AND ELECTRONIC CASE FILING RULES & INSTRUCTIONS** upon **ROBERT JAE KIM** at 881 Memorial Drive SE, Unit 103, Atlanta, GA, by personally delivering and leaving the same with **ROBERT JAE KIM** at that address. At the time of service, deponent asked **ROBERT JAE KIM** whether he is in active military service for the United States of America or for any state in the United States in any capacity whatever or dependent upon a person in active military service and received a negative reply.

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com



**ROBERT JAE KIM** is a tan (Asian) male, approximately in his 40's, stands approximately 5 feet 7 inches tall, weighs approximately 175 pounds with black hair, and wears glasses.

_____
**KELVIN STINYARD**

Sworn to before me this
9th day of September, 2014

_____
NOTARY PUBLIC

DEBORAH A. DUCHON
NOTARY
EXPIRES
GEORGIA
NOV. 14, 2014
PUBLIC
DEKALB COUNTY

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com