Brian W. Brokate (BB 5830)
Walter-Michael Lee (WL 6353)
Maja Szumarska (MS 0208)
Gibney, Anthony & Flaherty, LLP
665 Fifth Avenue
New York, New York 10022
Telephone: (212) 688-5151
Facsimile: (212) 688-8315
Attorney for Plaintiffs

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/16/2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID YURMAN ENTERPRISES LLC and DAVID YURMAN IP LLC,

        Plaintiffs,

v.

BOBBY JAE KIM and DASHINGDAISY, LLC d/b/a "DASHINGDAISY.COM" and "JOHN DOES" 1-10,

        Defendants.

CASE NO. 14-CV-6394 (JMF)

STIPULATION OF
VOLUNTARY DISMISSAL
WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

1. This action is hereby dismissed with prejudice against Bobby Jae Kim and DashingDaisy, LLC d/b/a "DashingDaisy.com" ("DashingDaisy") and all remaining defendants;

2. DashingDaisy's counterclaim is hereby dismissed with prejudice against David Yurman Enterprises LLC and David Yurman IP LLC; and

3. The parties' shall bear their own attorney's fees and costs in connection with this matter.

17

GIBNEY, ANTHONY & FLAHERTY, LLP

Dated: Dec 12, 2014

By: _____
Maja Szumarska
On Behalf of
David Yurman Enterprises LLC and
David Yurman IP LLC
665 Fifth Avenue
New York, NY 10022
Telephone: (212) 688-5151
Facsimile: (212) 688-8315

LEWIS & LIN, LLC

Dated: _____, 2014

By: _____
Brett E. Lewis
On behalf of Bobby Jae Kim and
DashingDaisy, LLC
45 Main Street, Suite 608
Brooklyn, NY 11201
Telephone: (718) 243-9323
Facsimile: (718) 243-9326

SO ORDERED:

Dated: December 16, 2014

_____
JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE